LEONG KUNIHIRO LEZY & BENTON
Attorneys at Law – A Law Corporation

NORMAND R. LEZY      6297-0
   E-Mail: nrl@lklb-law.com
SHAWN L. M. BENTON   8332-0
   E-Mail: sb@lklb-law.com
1212 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7575
Facsimile: (808) 524-7878

Attorneys for Defendant
SAFEWAY INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KELLY JEANNE MITCHELL,<br><br>    Plaintiff,<br><br>  vs.<br><br>SAFEWAY, INC. dba SAFEWAY, KAISER FOUNDATION HOSPITALS, JOHN DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE GOVERNMENTAL ENTITIES 1-10, and DOE UNINCORPORATED ASSOCIATES 1-10,<br><br>    Defendants. | CIVIL NO. 14-00319<br>(Non-Motor Vehicle Tort)<br><br>**NOTICE OF REMOVAL;<br>EXHIBITS "A" TO "B";<br>CERTIFICATE OF SERVICE** |

# NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII:

Pursuant to 28 U.S.C. §§1332, 1441, and 1446, Defendant SAFEWAY INC. (hereinafter "SAFEWAY") files this Notice of Removal in the case now pending in the Circuit Court of the First Circuit, State of Hawaii, styled <u>Kelly Jeanne Mitchell v. Safeway, Inc. dba Safeway, et al.</u>, Civil No. 14-1-0219-01 KTN. As grounds for removal, SAFEWAY states as follows:

1. On February 10, 2014, Plaintiff KELLY JEANNE MITCHELL ("PLAINTIFF") filed a First Amended Complaint in Civil No. 14-100219-01 KTN in the Circuit Court of the First Circuit, State of Hawaii, against SAFEWAY.

2. In addition to SAFEWAY, KAISER FOUNDATION HOSPITALS ("KAISER") was also been named as a Defendant in the action.

3. SAFEWAY was served with the First Amended Complaint on June 17, 2014.

4. In her First Amended Complaint, PLAINTIFF alleges that SAFEWAY is liable to her for damages in connection with a fall while on SAFEWAY's premises and, separately, that KAISER is liable to her for damages in connection with a fall while on KAISER's premises .

5. In her First Amended Complaint, PLAINTIFF alleges that she is

"a resident of the City and County of Honolulu, State of Hawaii."

6. In her First Amended Complaint, PLAINTIFF alleges that SAFEWAY "was and is now a Delaware corporation, partnership and/or other business entity duly organized and existing under and by virtue of the laws of the State of Delaware[.]"

7. In her First Amended Complaint, PLAINTIFF alleges that KAISER "was and now is a California corporation, partnership and/or other business entity duly organized and existing under and by virtue of the laws of the State of California[.]"

8. In her First Amended Complaint, PLAINTIFF alleges that as the result of the incidents at issue, separately, Plaintiff KELLY JEANNE MITCHELL "sustained serious and permanent injuries of body and mind, has lost and will continue to lose wages, has incurred and will continue to incur medical, hospital and related expenses."

9. In her First Amended Complaint, PLAINTIFF prays for an award of special damages, including past and future medical treatment expenses and loss of earnings, and general damages, including pain and suffering and loss of enjoyment of life, against SAFEWAY and KAISER, separately. However, because Hawaii law prohibits *ad damnum* clauses in complaints, PLAINTIFF does not specify the amount of damages that she prays for.

10. Based on PLAINTIFF's claimed injuries, which include but are not limited to low back, left knee, and right ankle injuries, and the related special damages that PLAINTIFF claims, the damages claimed by PLAINTIFF in this action against both SAFEWAY and KAISER exceed the sum or value of $75,000.00.

11. This court has original jurisdiction over civil actions where the matter in controversy exceeds the sum or value of $75,000.00 and is between citizens of different States within the meaning of 28 U.S.C. §1332.

12. A true and correct copy of PLAINTIFF's Complaint filed in the Circuit Court of the First Circuit, State of Hawaii, is attached hereto as Exhibit "A", and comprises all process, pleadings, and orders served upon SAFEWAY in the action.

13. A true and correct copy of SAFEWAY's answer to PLAINTIFF's complaint filed in the Circuit Court of the First Circuit, State of Hawaii, is attached hereto as Exhibit "B".

WHEREFORE, Defendant SAFEWAY INC. prays that the above-entitled action be removed from the Circuit Court of the First Circuit, State of Hawaii, to the United States District Court for the District of Hawaii.

DATED:  Honolulu, Hawaii, July 11, 2014.

        /s/ Normand R. Lezy
NORMAND R. LEZY
SHAWN L.M. BENTON
Attorneys for Defendant
SAFEWAY INC.